Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:  (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Whit Frans*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Whit Frans,<br><br>    Plaintiff,<br><br>    v.<br><br>Reliance Standard Life Insurance Company; Dole Food Company, Inc.; The RSL Group and Blanket Insurance Trust; The RSL Group and Blanket Insurance Trust Disability Plan,<br><br>    Defendants. | Case No.  2:15-cv-01038-SPL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ONLY NAMED DEFENDANT DOLE FOOD COMPANY, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff moves to voluntarily dismiss, without prejudice, only the named Defendant Dole Food Company, Inc. in the above referenced matter.

Plaintiff advises the Court that the Complaint in this matter was filed on June 5, 2015.  Defendant Dole Food Company, Inc. has not Answered or otherwise responded to the Complaint.

DATED this 13th day of July, 2015.

SCOTT E. DAVIS, P.C.

By: */s/ Scott E. Davis*
Scott E. Davis
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William M. Demlong, Esq.
Kimberly J. Suciu, Esq.
Kunz, Plitt, Hyland & Demlong
3838 N. Central Ave
Suite 1500
Phoenix, AZ 85012

Eric Sohlgren, Esq.
Payne & Fears
Jamboree Center
4 Park Plaza
Suite 1100
Irvine, CA 92614

By: *Lisa L. Martinez*
An employee of Scott E. Davis