William M. Demlong, Esq. (SBN – 012458)
Kimberly J. Suciu, Esq. (SBN – 030291)
**KUNZ PLITT**
**HYLAND & DEMLONG**
3838 North Central Avenue, Suite 1500
Phoenix, Arizona 85012-1902
Tel:  (602) 331-4600
Fax: (602) 331-8600
wmd@kunzlegal.com; kjs@kunzlegal.com

Attorneys for Defendant Reliance Standard
        Life Insurance Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WHIT FRANS,<br><br>            Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; DOLE FOOD COMPANY, INC.; THE RSL GROUP AND BLANKET INSURANCE TRUST; THE RSL GROUP AND BLANKET INSURANCE TRUST DISABILITY PLAN,<br><br>            Defendants. | No.  15-CV-01038-SPL<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF THE RSL GROUP AND BLANKET INSURANCE TRUST AND THE RSL GROUP AND BLANKET INSURANCE TRUST DISABILITY PLAN ONLY** |

Defendant Reliance Standard Life Insurance Company ("Reliance") and Plaintiff Whit Frans, by and through their undersigned counsel, hereby stipulate as follows:

Reliance agrees that it issued a group long term disability policy to The RSL Group and Blanket Insurance Trust ("the Trust"), that Reliance administered Plaintiff's claim for benefits under the Trust, and that it will satisfy a judgment, which may include an award of attorneys' fees and costs incurred, Plaintiff obtains in this action, if any, for any failure to pay benefits

pursuant to the terms and conditions of the Trust, after the claim is fully litigated and all rights to appeal have been exhausted or waived.

At this time, the parties believe that The RSL Group and Blanket Insurance Trust and The RSL Group and Blanket Insurance Trust Disability Plan are not necessary parties to this litigation. Defendant Reliance Standard Life Insurance Company agrees not to assert any defense alleging that said entities are a necessary party. Finally, the parties stipulate to the dismissal of The RSL Group and Blanket Insurance Trust and The RSL Group and Blanket Insurance Trust Disability Plan and request that the Court dismiss defendants The RSL Group and Blanket Insurance Trust and The RSL Group and Blanket Insurance Trust Disability Plan from this action without prejudice.

RESPECTFULLY SUBMITTED this 30th day of July, 2015.

**KUNZ PLITT HYLAND & DEMLONG**

By:   /s/ Kimberly J. Suciu
William M. Demlong
Kimberly J. Suciu
3838 North Central Avenue, Suite 1500
Phoenix, Arizona  85012-1902
Attorneys for Defendant Reliance Standard
Life Insurance Company

**SCOTT E. DAVID, P.C.**

By:    /s/ Scott E. Davis (*with permission*)
Scott E. Davis, Esq.
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, Arizona 85260
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on 30th day of July, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Scott E. Davis, Esq.
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, Arizona 85260
davis@scottdavispc.com


    /s/ Adriana Garcia