IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Whit Frans,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Reliance Standard Life Insurance Company, et al.,<br><br>　　　　　Defendants. | No.  CV-15-01038-PHX-SPL<br><br>**ORDER** |

Before this Court is the parties' Stipulation (Doc. 21), which the Court construes as Plaintiff's request for voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. Having considered the request,

**IT IS ORDERED** that the Motion for Voluntary Dismissal (Doc. 21) is **granted**.

**IT IS FURTHER ORDERED** that Defendant RSL Group and Blanket Insurance Trust and Defendant RSL Group and Blanket Insurance Trust Disability Plan are **dismissed** from this action without prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 4th day of August, 2015.

　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　United States District Judge