THE CAVANAGH LAW FIRM
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com

William M. Demlong, Esq. (SBN 012458)
wdemlong@cavanaghlaw.com
Kimberly J. Suciu, Esq. (SBN 030291)
ksuciu@cavanaghlaw.com
Tel:  (602) 322-40XX
Fax: (602) 322-4103

Attorneys for Defendant Reliance Standard Life Insurance Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Whit Frans, | No. 15-CV-01038-SPL |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Reliance Standard Life Insurance Company, et al., | |
| Defendants. | |

The parties hereto, by and through respective counsel undersigned, hereby stipulate and agree that the above-entitled and numbered cause of action, having been fully settled and compromised, may be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 16th day of March, 2016.

**THE CAVANAGH LAW FIRM, P.A.**

By:    /s/ Kimberly J. Suciu
William M. Demlong

Kimberly J. Suciu
1850 North Central Avenue, Suite 2400
Phoenix, Arizona  85004
Attorneys for Defendant Reliance Standard
Life Insurance Company

**SCOTT E. DAVIS, P.D.**

By:    /s/ Scott E. Davis (*with permission*)
Scott E. Davis, Esq.
8360 E. Raintree Drive, Suite 140
Scottsdale, Arizona 85260
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on 16th day of March, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Scott E. Davis, Esq.
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, Arizona 85260
davis@scottdavispc.com
Attorneys for Plaintiff

   /s/ Adriana Garcia